# IN THE SUPREME COURT OF ALABAMA



October 18, 2024

**SC-2023-0902**

Ex parte Ann Martin PETITION FOR WRIT OF MANDAMUS (In re: Estate of Patricia Martin, an incapacitated person, by and through her guardian, conservator, and next friend, Phillip Williams v. Ann Martin) (Etowah Circuit Court: CV-23-900129).

## <u>CERTIFICATE OF JUDGMENT</u>

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on October 18, 2024:

**APPLICATION OVERRULED. NO OPINION.** Parker, C.J. -- Shaw, Wise, Bryan, Sellers, Mendheim, Stewart, Mitchell, and Cook, JJ., concur.

WHEREAS, the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on August 23, 2024:

**PETITION DISMISSED.** Parker, C.J. -- Wise, Bryan, Mendheim, Stewart, Mitchell, and Cook, JJ., concur. Shaw and Sellers, JJ., concur in the result.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**